Fill in this information to identify the case:

Debtor 1   Sharell Bailey

Debtor 2   Carolyn Bailey
(Spouse, if filing)

United States Bankruptcy Court for the:   EASTERN     District of   MICHIGAN
                                                                                                             (State)

Case number   15-51322-MBM

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | PROF-2013-S3 Legal Title Trust II, By U.S. Bank National Association, As Legal Title Trustee | **Court claim no. (if known)** | 11 |
| **Last four digits** of any number you use to identify the debtors' account: | XXXXXX8069 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 2/21/2018, 4/25/2018 | (5) | $ 550.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify: _____ | | (11) | $ ____ |
| 12. | Other. Specify: _____ | | (12) | $ ____ |
| 13. | Other. Specify: _____ | | (13) | $ ____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Sharell | | Bailey | Case number (*if known*) | 15-51322-MBM |
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
❋ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X | */s/John D. Schlotter* | | Date | 8/15/2018 |
| | | Signature | | | |

| Print: | John | D. | Schlotter | Title | Authorized Agent |
| | First Name | Middle Name | Last Name | | |

| Company | McCalla Raymer Leibert Pierce, LLC, Authorized Agent for PROF-2013-S3 Legal Title Trust II, By U.S. Bank National Association, As Legal Title Trustee |
| Address | 1544 Old Alabama Road |
| | Number    Street |
| | Roswell    GA    30076 |
| | City    State    ZIP Code |
| Contact phone | 678-281-6453    Email    John.Schlotter@mccalla.com |

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**In re:**  )
) **Case No.** 15-51322-MBM
Sharell Bailey ) **Chapter** 13
Carolyn Bailey )
) **JUDGE:** Marci B. Mcivor
)

## EXHIBIT B

### ITEMIZATION OF CLAIM

- Bankruptcy/Proof of Claim Fees: $550.00

| | | |
|---|---|---|
| 02/21/2018 | Preparation of the POC 410A History | $250.00 |
| 04/25/2018 | Preparation and Filing of Proof of Claim | $300.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**: **$550.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:  
Sharell Bailey  
Carolyn Bailey  
_____/

Chapter 13 Case No.   15-51322-MBM

Judge:   Marci B. McIvor

## CERTIFICATE OF SERVICE

I, John D. Schlotter, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Sharell Bailey  
23026 Timberline  
Southfield, MI 48033

Carolyn Bailey  
23026 Timberline  
Southfield, MI 48033

Noel Aaron Cimmino     *(served via ECF Notification)*  
17515 West Nine Mile Rd.  
Suite 420  
Southfield, MI 48075

David Wm Ruskin, Trustee     *(served via ECF Notification)*  
26555 Evergreen Rd Ste 1100  
Southfield, MI 48076-4251

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   8/17/2018     By:   */s/John D. Schlotter*  
                 (date)           John D. Schlotter  
                                  Authorized Agent for PROF-2013-S3 Legal Title Trust II,  
                                  By U.S. Bank National Association, As Legal Title Trustee